Charles H. Kanter, Bar No. 071410
ckanter@ptwww.com
Erica M. Sorosky, Bar No. 251314
esorosky@ptwww.com
Erin K. Oyama, Bar No. 271639
eoyama@ptwww.com
PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP
2603 Main Street
East Tower - Suite 1300
Irvine, California 92614-4281
Telephone: (949) 851-9400
Facsimile: (949) 757-1225

Attorneys for Plaintiff
STEVEN SKOLNIK

**JS-6**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN SKOLNIK,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>LEHMAN BROTHERS BANK, FSB; AURORA BANK FSB; and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | Case No. SACV 12-CV-1197-JGB(AN)<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Judge:  Hon. Jesus G. Bernal<br>Ctrm:   1<br><br>Complaint Filed: June 19, 2012<br>Trial Date:      April 15, 2014 |

Having considered the Parties' Stipulation for Dismissal with Prejudice ("Stipulation") by and between Plaintiff STEVEN SKOLNIK ("Plaintiff") and Defendant AURORA COMMERCIAL CORP. ("Defendant"):

**IT IS HEREBY ORDERED** that the action and all claims against Defendant are dismissed with prejudice. Each party is to bear its own attorneys' fees, expenses and costs.

Dated: ~~April 14, 2014~~ May 2, 2014

_____
Hon. Jesus G. Bernal
Judge, United States District Court